Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:   17−15407−JKS
        Chapter:   13
        Judge:   John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Kemal Canlar                                                Aylin Canlar
  73 Hillcrest Road                                    73 Hillcrest Road
  Caldwell, NJ 07006                                Caldwell, NJ 07006

Social Security No.:
  xxx−xx−1522                                                 xxx−xx−2806

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               5/25/17
Time:             09:00 AM
Location:       Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: April 25, 2017
JAN: smz

                                                      Jeanne Naughton
                                                      Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                           Case No. 17-15407-JKS
Kemal Canlar                                                                     Chapter 13
Aylin Canlar
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Apr 25, 2017
                              Form ID: 132             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2017.
```
db/jdb         +Kemal Canlar,    Aylin Canlar,    73 Hillcrest Road,    Caldwell, NJ 07006-7740
cr             +Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
516711456      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
516711457      +Aes/nct,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
516711459      +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516711463      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
516711465      +Stenger & Stenger,    2618 East Paris Ave SE,    Grand Rapids, MI 49546-2458
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 25 2017 22:26:13     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 25 2017 22:26:11     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516711458      +E-mail/Text: bankruptcy@cavps.com Apr 25 2017 22:26:25     Calvary Portfolio Services,
                 500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
516711460      +E-mail/Text: csivels@creditcorpsolutionsinc.com Apr 25 2017 22:26:51
                 Credit Corp Solutions Inc,    63 East 11400 South #408,   Sandy, UT 84070-6705
516722957       E-mail/Text: mrdiscen@discover.com Apr 25 2017 22:25:33     Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516711461      +E-mail/Text: mrdiscen@discover.com Apr 25 2017 22:25:33     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
516711462      +E-mail/Text: bankruptcy@onlineis.com Apr 25 2017 22:26:37     Online Collections,   Po Box 1489,
                 Winterville, NC 28590-1489
516711464       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2017 22:30:46
                 Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
516713265      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2017 22:23:31     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
516711466      +E-mail/Text: vci.bkcy@vwcredit.com Apr 25 2017 22:26:18     Volkswagen Credit, Inc,   Po Box 3,
                 Hillsboro, OR 97123-0003
                                                                                              TOTAL: 10
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2017 at the address(es) listed below:
```
              Jose R. Torres    on behalf of Debtor Kemal  Canlar jrt@torreslegal.com
              Jose R. Torres    on behalf of Joint Debtor Aylin  Canlar jrt@torreslegal.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```