Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 17−15407−JKS
          Chapter: 13
          Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Kemal Canlar                                  Aylin Canlar
   73 Hillcrest Road                          73 Hillcrest Road
   Caldwell, NJ 07006                     Caldwell, NJ 07006

Social Security No.:
   xxx−xx−1522                                    xxx−xx−2806

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on September 15, 2017.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 15, 2017
JAN: zlh

                                                              Jeanne Naughton
                                                              Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 17-15407-JKS
Kemal Canlar                                                  Chapter 13
Aylin Canlar
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                 Page 1 of 2                  Date Rcvd: Sep 15, 2017
                              Form ID: 148                Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 17, 2017.
db/jdb         +Kemal Canlar,    Aylin Canlar,    73 Hillcrest Road,    Caldwell, NJ 07006-7740
516711456      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
516711457      +Aes/nct,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
516957046     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  Nationstar Mortgage, LLC,     P.O. Box 619096,
                  Dallas, TX 75261-9741)
516711463      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 15 2017 23:00:28       U.S. Attorney,   970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 15 2017 23:00:25       United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
cr             +EDI: RMSC.COM Sep 15 2017 22:43:00       Synchrony Bank c/o PRA Receivables Management, LLC,
                  PO BOX 41021,    Norfolk, VA 23541-1021
516711458      +E-mail/Text: bankruptcy@cavps.com Sep 15 2017 23:00:44       Calvary Portfolio Services,
                  500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
516711459      +EDI: CAPITALONE.COM Sep 15 2017 22:43:00       Capital One,
                  Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
516810813       EDI: CAPITALONE.COM Sep 15 2017 22:43:00       Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
516954429      +E-mail/Text: bankruptcy@cavps.com Sep 15 2017 23:00:44       Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
516711460      +E-mail/Text: csivels@creditcorpsolutionsinc.com Sep 15 2017 23:01:22
                  Credit Corp Solutions Inc,    63 East 11400 South #408,    Sandy, UT 84070-6705
516722957       EDI: DISCOVER.COM Sep 15 2017 22:43:00       Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH  43054-3025
516711461      +EDI: DISCOVER.COM Sep 15 2017 22:43:00       Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
516711462      +E-mail/Text: bankruptcy@onlineis.com Sep 15 2017 23:01:02       Online Collections,   Po Box 1489,
                  Winterville, NC 28590-1489
516711464       EDI: PRA.COM Sep 15 2017 22:48:00       Portfolio Recovery,    Po Box 41067,   Norfolk, VA 23541
516956899       EDI: PRA.COM Sep 15 2017 22:48:00       Portfolio Recovery Associates, LLC,
                  C/Ocapital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
516711465      +E-mail/Text: bncnotices@stengerlaw.com Sep 15 2017 22:59:51       Stenger & Stenger,
                  2618 East Paris Ave SE,    Grand Rapids, MI 49546-2458
516713265      +EDI: RMSC.COM Sep 15 2017 22:43:00       Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
516865999      +EDI: AIS.COM Sep 15 2017 22:48:00       Verizon,   by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516711466      +E-mail/Text: vci.bkcy@vwcredit.com Sep 15 2017 23:00:37       Volkswagen Credit, Inc,   Po Box 3,
                  Hillsboro, OR 97123-0003
                                                                                               TOTAL: 17

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-2                 User: admin                   Page 2 of 2                  Date Rcvd: Sep 15, 2017
                                     Form ID: 148                  Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 15, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jose R. Torres    on behalf of Debtor Kemal  Canlar jrt@torreslegal.com
              Jose R. Torres    on behalf of Joint Debtor Aylin  Canlar jrt@torreslegal.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```