| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**MARIE-ANN GREENBERG, MAG-1284**<br>**MARIE-ANN GREENBERG, Esq.**<br>30 Two Bridges Road, Suite 330<br>Fairfield, NJ 07004<br>973-227-2840<br>**Chapter 13 Standing Trustee** | Order Filed on September 21, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN RE:<br><br>KEMAL & AYLIN CANLAR,<br>Debtors | Chapter 13 Case No.: 17-15407<br><br>Hearing Date:  9/14/2017<br><br>Judge:  John K. Sherwood |

**ORDER RESOLVING MOTION OF THE STANDING TRUSTEE TO STRIKE PLEADINGS, SUSPEND ECF PRIVILEGES OF COUNSEL, OR OTHERWISE SANCTION COUNSEL FOR DEBTOR(S) AS THE COURT DEEMS FIT**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 21, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: KEMAL & AYLIN CANLAR

Case No.: 17-15407 JKS

Caption of Order: **ORDER RESOLVING MOTION OF THE STANDING TRUSTEE TO STRIKE PLEADINGS, SUSPEND ECF PRIVILEGES OF COUNSEL, OR OTHERWISE SANCTION COUNSEL FOR DEBTOR(S) AS THE COURT DEEMS FIT**

_____

   THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion for an Order to Strike Pleadings, Suspend ECF Privileges of Counsel, or otherwise Sanction Counsel for Debtors as the Court Deems Fit, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s) counsel, and the Court having considered the Chapter 13 Standing Trustee's report, by reasons set forth in the certification and good and sufficient cause appearing therefrom for the entry of this Order, it is hereby:

   ORDERED, that counsel and the Chapter 13 Trustee will enter into a practice improvement plan that will be provided to the Office of the United States Trustee and to the Honorable Katherine C. Ferguson, U.S.B.J.