**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, Esq.**
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
973-227-2840
**Chapter 13 Standing Trustee**

IN RE:

KEMAL & AYLIN CANLAR,
Debtors

Order Filed on September 21,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

Chapter 13 Case No.: 17-15407

Hearing Date:  9/14/2017

Judge:  John K. Sherwood

**ORDER RESOLVING MOTION OF THE STANDING TRUSTEE TO STRIKE PLEADINGS, SUSPEND ECF PRIVILEGES OF COUNSEL, OR OTHERWISE SANCTION COUNSEL FOR DEBTOR(S) AS THE COURT DEEMS FIT**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 21, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:  KEMAL & AYLIN CANLAR

Case No.:  17-15407 JKS

Caption of Order:  **ORDER RESOLVING MOTION OF THE STANDING TRUSTEE TO STRIKE PLEADINGS, SUSPEND ECF PRIVILEGES OF COUNSEL, OR OTHERWISE SANCTION COUNSEL FOR DEBTOR(S) AS THE COURT DEEMS FIT**

_____

     THIS MATTER having come before the Court on the Chapter 13 Standing Trustee's Motion for an Order to Strike Pleadings, Suspend ECF Privileges of Counsel, or otherwise Sanction Counsel for Debtors as the Court Deems Fit, and the Court having been satisfied that proper service and notice was effectuated on the Debtor(s) and Debtor(s) counsel, and the Court having considered the Chapter 13 Standing Trustee's report, by reasons set forth in the certification and good and sufficient cause appearing therefrom for the entry of this Order, it is hereby:

     ORDERED, that counsel and the Chapter 13 Trustee will enter into a practice improvement plan that will be provided to the Office of the United States Trustee and to the Honorable Katherine C. Ferguson, U.S.B.J.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-15407-JKS
Kemal Canlar                                                                            Chapter 13
Aylin Canlar
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1            Date Rcvd: Sep 21, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2017.
db/jdb         +Kemal Canlar,   Aylin Canlar,   73 Hillcrest Road,   Caldwell, NJ 07006-7740

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2017                                       Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Nationstar Mortgage LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jose R. Torres    on behalf of Debtor Kemal   Canlar jrt@torreslegal.com
              Jose R. Torres    on behalf of Joint Debtor Aylin   Canlar jrt@torreslegal.com
              Marie-Ann  Greenberg     magecf@magtrustee.com
              U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6